HAROLD R. RAITT, Appellant, *v.* CHARLES FIX, as President of Carpenters' District Council of Buffalo and Vicinity, a Voluntary Association of More Than Seven Persons, Respondent.

Argued November 12, 1946; decided November 27, 1946.

*Louis W. Manchester* for appellant.
*Daniel B. Shortal* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.